PENALTY SLIP

NAME:       SANTIAGO OROZCO-LUNA

NUMBER OF COUNTS:  2

Count 1:      21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute a
              Controlled Substance

              21 U.S.C. § 846 – Conspiracy to Distribute a Controlled Substance

Penalty:      CAG not less than 10 years and not more than life imprisonment,
              $10,000,000 fine, or both, with no less than 5 years of supervised
              release, $100.00 special assessment, and denial of certain federal
              benefits.

Case No. _____

USA Initials: ILG